UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MAHMOUD MAHRAN,

                Plaintiff,

                                                          ORDER
    v.                                                    10-CV-127A

DANIEL E. STROZYK, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 8, 2013, Magistrate Judge filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted to the extent of dismissing plaintiff's claim for intentional infliction of emotional distress, but that it otherwise be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion for summary judgment is granted dismissing plaintiff's claim for intentional infliction of emotional distress, but is otherwise denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2013